Dina L. Anderson
21001 N. Tatum Blvd
#1630-608
Phoenix, AZ 85050

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 2:11-bk-33592-MCW |
| | § | |
| THOMAS PATRICK BELL | § | |
| REGINA FAY BELL | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/09/2011. The undersigned trustee was appointed on 12/09/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $192,263.37

     Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $75,997.89 |
| Bank service fees | $2,793.87 |
| Other Payments to creditors | $31,294.60 |
| Non-estate funds paid to 3rd Parties | $113.88 |
| Exemptions paid to the debtor | $20,000.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $62,063.13 |

The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 04/27/2012 and the deadline for filing government claims was 06/06/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,759.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $10,759.65, for a total compensation of $10,759.65[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $162.63, for total expenses of $162.63.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2015                    By:    /s/ Dina L. Anderson
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (5/1/2011)

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No.: | 11-33592-MCW | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY | Date Filed (f) or Converted (c): | 12/09/2011 (f) |
| For the Period Ending: | 4/14/2015 | §341(a) Meeting Date: | 01/20/2012 |
| | | Claims Bar Date: | 04/27/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | RESIDENTIAL PROPERTY: 23471 S. UPPER HIGHLAND RD., BEAVERCRE | Unknown | $0.00 | | $14,792.18 | FA |
| Asset Notes: | Exemption removed per Amended Sched. C 02/06/12 (DE 31) | | | | | |
| 2 | CHECKING ACCOUNT: ARIZONA CENTRAL CU -7641 | $25.00 | $25.00 | | $25.00 | FA |
| 3 | SAVINGS ACCOUNT: ARIZONA CENTRAL CU -7641 | $10.00 | $10.00 | | $10.00 | FA |
| 4 | CASTPARTS EMPLOYERS FEDERAL CU | $1,300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Social Security income | | | | | |
| 5 | SECURITY DEPOSITS: MESA WATER (100) SOUTHWEST GAS (80) | $180.00 | $0.00 | | $0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | BOOKS, CDS, DVDS | $200.00 | $0.00 | | $0.00 | FA |
| 8 | DEBTOR'S CLOTHING, JOINT-DEBTOR'S CLOTHING | $1,200.00 | $0.00 | | $0.00 | FA |
| 9 | DEBTOR'S WEDDING RING | $300.00 | $0.00 | | $0.00 | FA |
| 10 | JOINT-DEBTOR'S WEDDING RING | $400.00 | $0.00 | | $0.00 | FA |
| 11 | GENERAL ITEMS INCLUDING SHOTGUN (100) .22 RIFLE (50) | $300.00 | $0.00 | | $0.00 | FA |
| 12 | AUTO ACCIDENT CLAIM | Unknown | $155,000.00 | | $175,000.00 | FA |
| 13 | 2000 BUICK LASABRE | $4,100.00 | $0.00 | | $0.00 | FA |
| 14 | 1989 PONTIAC FIREBIRD | $2,400.00 | $500.00 | | $0.00 | FA |
| 15 | DOG | $50.00 | $0.00 | | $0.00 | FA |
| 16 | 2011 Federal Tax Refund                    (u) | $2,406.00 | $2,260.98 | | $2,371.00 | FA |
| 17 | 2011 State Tax Refund                    (u) | $64.00 | $60.14 | | $64.00 | FA |
| INT | Interest Earned                    (u) | Unknown | Unknown | | $1.19 | FA |

|  | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $14,936.19 | $157,856.12 | | $192,263.37 | $0.00 |

| Case No.: | 11-33592-MCW | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY | Date Filed (f) or Converted (c): | 12/09/2011 (f) |
| For the Period Ending: | 4/14/2015 | §341(a) Meeting Date: | 01/20/2012 |
| | | Claims Bar Date: | 04/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**
04/16/2015     TFR

Initial Projected Date Of Final Report (TFR):     07/20/2013          Current Projected Date Of Final Report (TFR):     04/30/2015          /s/ DINA L. ANDERSON

DINA L. ANDERSON

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 11-33592-MCW |
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY |
| Primary Taxpayer ID #: | **-***9325 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/9/2011 |
| For Period Ending: | 4/14/2015 |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******3592 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $54,116,227.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/01/2012 | | Bank of America | Transfer Funds | 9999-000 | $16,974.82 | | $16,974.82 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.49 | $16,948.33 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.33 | $16,921.00 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.29 | $16,893.71 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.61 | $16,869.10 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.21 | $16,841.89 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.28 | $16,815.61 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.12 | $16,788.49 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.20 | $16,762.29 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.03 | $16,735.26 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.99 | $16,708.27 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.08 | $16,682.19 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.90 | $16,655.29 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.99 | $16,629.30 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.82 | $16,602.48 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.78 | $16,575.70 |
| 02/06/2014 | (12) | Farmers Insurance Compnay of Arizona | PI claim | 1142-000 | $100,000.00 | | $116,575.70 |
| 02/06/2014 | (12) | Farmers Insurance Compnay of Arizona | PI claim | 1142-000 | $75,000.00 | | $191,575.70 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $197.15 | $191,378.55 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $308.68 | $191,069.87 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $298.24 | $190,771.63 |
| 05/19/2014 | 5001 | Allen, Sala & Bayne, PLC | Attorney fees per Order signed 05/12/14 | 3210-000 | | $14,623.00 | $176,148.63 |
| 05/19/2014 | 5002 | Allen, Sala & Bayne, PLC | Attorney expenses per Order signed 05/12/14 | 3220-000 | | $204.66 | $175,943.97 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $304.61 | $175,639.36 |
| 06/06/2014 | 5003 | Todd D. Weintraub | Special Counsel fees per Order signed 06/04/14 | 3210-600 | | $58,333.33 | $117,306.03 |
| 06/06/2014 | 5004 | Todd D. Weintraub | Special Counsel expenses per Order signed 06/04/14 | 3220-610 | | $986.90 | $116,319.13 |
| 06/06/2014 | 5005 | Preferred Pain Center | Satisfaction of recorded lien, Maricopa County Recorder's No. 20120055987 per Order signed 06/04/14 | 4220-000 | | $25,000.00 | $91,319.13 |
| | | | | SUBTOTALS | $191,974.82 | $100,655.69 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 11-33592-MCW | |
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY | |
| Primary Taxpayer ID #: | **-***9325 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/9/2011 | |
| For Period Ending: | 4/14/2015 | |

| | | |
|---|---|---|
| Trustee Name: | Dina L. Anderson | |
| Bank Name: | Integrity Bank | |
| Checking Acct #: | ******3592 | |
| Account Title: | DDA | |
| Blanket bond (per case limit): | $54,116,227.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/06/2014 | 5006 | AZ-TECH RADIOLOGY & OPEN MRI | Satisfaction of recorded lien, Maricopa County Recorder's No. 20120119024 per Order signed 06/04/14 | 4220-000 | | $1,147.30 | $90,171.83 |
| 06/06/2014 | 5007 | AZ-TECH RADIOLOGY & OPEN MRI | Satisfaction of recorded lien, Maricopa County Recorder's No. 20120633345 per Order signed 06/04/14 | 4220-000 | | $1,147.30 | $89,024.53 |
| 06/06/2014 | 5008 | Contact Physical Therapy | Satisfaction of asserted lien against Regina Bell per Order signed 06/04/14 | 4220-000 | | $1,000.00 | $88,024.53 |
| 06/06/2014 | 5009 | Contact Physical Therapy | Satisfaction of asserted lien against Thomas Bell per Order signed 06/04/14 | 4220-000 | | $3,000.00 | $85,024.53 |
| 06/06/2014 | 5010 | REGINA FAY BELL | Exemption pursuant to Or.Rev.Stat.Ann. § 18.345(3)per Order signed 06/04/14 | 8100-002 | | $10,000.00 | $75,024.53 |
| 06/06/2014 | 5011 | THOMAS PATRICK BELL | Exemption pursuant to Or.Rev.Stat.Ann. § 18.345(3)per Order signed 06/04/14 | 8100-002 | | $10,000.00 | $65,024.53 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $205.82 | $64,818.71 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.55 | $64,714.16 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.38 | $64,609.78 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.85 | $64,508.93 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.05 | $64,404.88 |
| 11/17/2014 | 5012 | Henry & Horne, LLP | Accountant fees per Order signed 11/12/14 | 3410-000 | | $1,850.00 | $62,554.88 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.47 | $62,455.41 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.74 | $62,354.67 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.58 | $62,254.09 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $90.69 | $62,163.40 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.27 | $62,063.13 |

SUBTOTALS                $0.00              $29,256.00

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 11-33592-MCW | |
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY | |
| Primary Taxpayer ID #: | **-***9325 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/9/2011 | |
| For Period Ending: | 4/14/2015 | |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******3592 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $54,116,227.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $191,974.82 | $129,911.69 | $62,063.13 |
| | | | Less: Bank transfers/CDs | | $16,974.82 | $0.00 | |
| | | | Subtotal | | $175,000.00 | $129,911.69 | |
| | | | Less: Payments to debtors | | $0.00 | $20,000.00 | |
| | | | Net | | $175,000.00 | $109,911.69 | |

| For the period of 12/9/2011 to 4/14/2015 | | For the entire history of the account between 11/01/2012 to 4/14/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $175,000.00 | Total Compensable Receipts: | $175,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $175,000.00 | Total Comp/Non Comp Receipts: | $175,000.00 |
| Total Internal/Transfer Receipts: | $16,974.82 | Total Internal/Transfer Receipts: | $16,974.82 |
| | | | |
| Total Compensable Disbursements: | $109,911.69 | Total Compensable Disbursements: | $109,911.69 |
| Total Non-Compensable Disbursements: | $20,000.00 | Total Non-Compensable Disbursements: | $20,000.00 |
| Total Comp/Non Comp Disbursements: | $129,911.69 | Total Comp/Non Comp Disbursements: | $129,911.69 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No.: | 11-33592-MCW | |
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY | |
| Primary Taxpayer ID #: | **-***9325 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/9/2011 | |
| For Period Ending: | 4/14/2015 | |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Bank of America |
| Money Market Acct #: | ******4258 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $54,116,227.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/24/2012 | (1) | Loan Care Account Servicing | Proceeds from sale of Oregon home | | 1110-000 | $14,792.18 | | $14,792.18 |
| 01/31/2012 | (INT) | Bank of America | Interest Rate  0.010 | | 1270-000 | $0.02 | | $14,792.20 |
| 02/29/2012 | (INT) | Bank of America | Interest Rate  0.010 | | 1270-000 | $0.12 | | $14,792.32 |
| 02/29/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | $17.58 | $14,774.74 |
| 03/30/2012 | (INT) | Bank of America | Interest Rate  0.010 | | 1270-000 | $0.12 | | $14,774.86 |
| 03/30/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | $18.17 | $14,756.69 |
| 04/30/2012 | (INT) | Bank of America | Interest Rate  0.010 | | 1270-000 | $0.12 | | $14,756.81 |
| 04/30/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | $18.75 | $14,738.06 |
| 05/31/2012 | (INT) | Bank of America | Interest Rate  0.010 | | 1270-000 | $0.12 | | $14,738.18 |
| 05/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | $18.72 | $14,719.46 |
| 06/29/2012 | (INT) | Bank of America | Interest Rate  0.010 | | 1270-000 | $0.12 | | $14,719.58 |
| 06/29/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | $17.49 | $14,702.09 |
| 07/03/2012 | | US Treasury | 2011 Federal tax refund; n/e bank funds | | * | $2,406.00 | | $17,108.09 |
| | {3} | | Nonexempt bank funds | $10.00 | 1129-000 | | | $17,108.09 |
| | {2} | | Nonexempt bank funds | $25.00 | 1129-000 | | | $17,108.09 |
| | {16} | | 2011 Federal tax refund | $2,371.00 | 1224-000 | | | $17,108.09 |
| 07/27/2012 | (17) | Arizona Department Of Revenue | 2011 State tax refund | | 1224-000 | $64.00 | | $17,172.09 |
| 07/31/2012 | (INT) | Bank of America | Interest Rate  0.010 | | 1270-000 | $0.15 | | $17,172.24 |
| 07/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | $21.85 | $17,150.39 |
| 08/02/2012 | 301 | THOMAS AND REGINA BELL | Debtors' pro rata share of 2011 tax refunds | | 8500-002 | | $113.88 | $17,036.51 |
| 08/31/2012 | (INT) | Bank of America | Interest Rate  0.010 | | 1270-000 | $0.14 | | $17,036.65 |
| 08/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | $21.68 | $17,014.97 |
| 09/28/2012 | (INT) | Bank of America | Interest Rate  0.010 | | 1270-000 | $0.13 | | $17,015.10 |
| 09/28/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | $19.53 | $16,995.57 |
| 11/01/2012 | (INT) | Bank of America | Interest Earned For November 2012 | | 1270-000 | $0.15 | | $16,995.72 |
| 11/01/2012 | | Bank of America | Bank Service Fee | | 2600-000 | | $20.90 | $16,974.82 |
| 11/01/2012 | | Integrity Bank | Transfer Funds | | 9999-000 | | $16,974.82 | $0.00 |
| | | | | SUBTOTALS | $17,263.37 | $17,263.37 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-33592-MCW | |
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY | |
| Primary Taxpayer ID #: | **-***9325 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/9/2011 | |
| For Period Ending: | 4/14/2015 | |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Bank of America |
| Money Market Acct #: | ******4258 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $54,116,227.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $17,263.37 | $17,263.37 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $16,974.82 | |
| | | | Subtotal | | $17,263.37 | $288.55 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $17,263.37 | $288.55 | |

| For the period of 12/9/2011 to 4/14/2015 | | For the entire history of the account between 01/24/2012 to 4/14/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $17,263.37 | Total Compensable Receipts: | $17,263.37 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,263.37 | Total Comp/Non Comp Receipts: | $17,263.37 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $174.67 | Total Compensable Disbursements: | $174.67 |
| Total Non-Compensable Disbursements: | $113.88 | Total Non-Compensable Disbursements: | $113.88 |
| Total Comp/Non Comp Disbursements: | $288.55 | Total Comp/Non Comp Disbursements: | $288.55 |
| Total Internal/Transfer Disbursements: | $16,974.82 | Total Internal/Transfer Disbursements: | $16,974.82 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-33592-MCW | | Trustee Name: | Dina L. Anderson |
|---|---|---|---|---|
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY | | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***9325 | | Money Market Acct #: | ******4258 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 12/9/2011 | | Blanket bond (per case limit): | $54,116,227.00 |
| For Period Ending: | 4/14/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $192,263.37 | $130,200.24 | $62,063.13 |

| For the period of 12/9/2011 to 4/14/2015 | | For the entire history of the case between 12/09/2011 to 4/14/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $192,263.37 | Total Compensable Receipts: | $192,263.37 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $192,263.37 | Total Comp/Non Comp Receipts: | $192,263.37 |
| Total Internal/Transfer Receipts: | $16,974.82 | Total Internal/Transfer Receipts: | $16,974.82 |
| | | | |
| Total Compensable Disbursements: | $110,086.36 | Total Compensable Disbursements: | $110,086.36 |
| Total Non-Compensable Disbursements: | $20,113.88 | Total Non-Compensable Disbursements: | $20,113.88 |
| Total Comp/Non Comp Disbursements: | $130,200.24 | Total Comp/Non Comp Disbursements: | $130,200.24 |
| Total Internal/Transfer Disbursements: | $16,974.82 | Total Internal/Transfer Disbursements: | $16,974.82 |

**Case No.** 11-33592-MCW                                             **Trustee Name:** Dina L. Anderson

**Case Name:** BELL, THOMAS PATRICK AND BELL, REGINA FAY               **Date:** 4/14/2015

**Claims Bar Date:** 04/27/2012

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DINA L. ANDERSON<br><br>21001 N. Tatum Blvd., Suite 1630-608<br>Phoenix AZ 85050 | 12/09/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $10,759.65 | $10,759.65 | $0.00 | $0.00 | $0.00 | $10,759.65 |

**Claim Notes:**

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DINA L. ANDERSON<br>21001 N. Tatum Blvd., Suite 1630-608<br>Phoenix AZ 85050 | 12/09/2011 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $162.63 | $162.63 | $0.00 | $0.00 | $0.00 | $162.63 |

**Claim Notes:**

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALLEN, SALA & BAYNE, PLC<br>1850 N. Central Ave., Suite 1150<br>Phoenix AZ 85004 | 04/15/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $14,623.00 | $14,623.00 | $14,623.00 | $0.00 | $0.00 | $0.00 |
| | ALLEN, SALA & BAYNE, PLC<br><br>1850 N. Central Ave., Suite 1150<br>Phoenix AZ 85004 | 04/15/2014 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $204.66 | $204.66 | $204.66 | $0.00 | $0.00 | $0.00 |
| | TODD D. WEINTRAUB<br><br>Todd D. Weintraub, PLLC<br>3336 N. 32nd Street, Suite 108<br>Phoenix AZ 85018 | 06/04/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-600 | $0.00 | $58,333.33 | $58,333.33 | $58,333.33 | $0.00 | $0.00 | $0.00 |
| | TODD D. WEINTRAUB<br><br>Todd D. Weintraub, PLLC<br>3336 N. 32nd Street, Suite 108<br>Phoenix AZ 85018 | 06/04/2014 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-610 | $0.00 | $986.90 | $986.90 | $986.90 | $0.00 | $0.00 | $0.00 |
| | ALLEN MAGUIRE & BARNES, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix AZ 85004 | 10/08/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $1,948.00 | $1,948.00 | $0.00 | $0.00 | $0.00 | $1,948.00 |

| Case No. | 11-33592-MCW | | Trustee Name: | Dina L. Anderson |
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY | | Date: | 4/14/2015 |
| Claims Bar Date: | 04/27/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALLEN MAGUIRE & BARNES, PLC<br><br>1850 N. Central Avenue, Suite 1150<br>Phoenix AZ 85004 | 10/08/2014 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $158.98 | $158.98 | $0.00 | $0.00 | $0.00 | $158.98 |
| | HENRY & HORNE, LLP<br><br>7098 E. Cochise Road, Suite 101<br>Scottsdale AZ 85253 | 10/10/2014 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,850.00 | $1,850.00 | $1,850.00 | $0.00 | $0.00 | $0.00 |
| | THOMAS PATRICK BELL AND REGINA FAY BELL<br><br>2386 40th Avenue<br>Longview WA 98632 | 04/14/2015 | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and | Allowed | 8200-002 | $0.00 | $21,956.53 | $21,956.53 | $0.00 | $0.00 | $0.00 | $21,956.53 |
| **Claim Notes:** | Debtor Surplus | | | | | | | | | | | |
| 1 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 19886-5102 | 02/16/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $5,761.00 | $5,761.23 | $5,761.23 | $0.00 | $21.22 | $0.00 | $5,761.23 |
| **Claim Notes:** | | | | | | | | | | | | |
| 2 | AMERICAN EXPRESS BANK, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355 | 02/17/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,988.00 | $2,988.74 | $2,988.74 | $0.00 | $11.01 | $0.00 | $2,988.74 |
| 3 | STUART ALLAN & ASSOC<br>5447 E 5th St., Ste. 110<br>Tucson AZ 85711 | 02/17/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,913.00 | $1,184.00 | $1,184.00 | $0.00 | $4.36 | $0.00 | $1,184.00 |
| **Claim Notes:** | | | | | | | | | | | | |

| Case No. | 11-33592-MCW | | | | | | Trustee Name: | Dina L. Anderson | | | | |
| Case Name: | BELL, THOMAS PATRICK AND BELL, REGINA FAY | | | | | | Date: | 4/14/2015 | | | | |
| Claims Bar Date: | 04/27/2012 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CASTPARTS EMPLOYEES FC<br>3120 Se Luther Rd<br>Portland OR 97206 | 02/29/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,997.00 | $3,909.57 | $3,909.57 | $0.00 | $14.40 | $0.00 | $3,909.57 |

**Claim Notes:**

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave., Suite 1120<br>Miami FL 33131-1605 | 03/26/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $4,328.00 | $4,258.92 | $4,258.92 | $0.00 | $15.68 | $0.00 | $4,258.92 |

**Claim Notes:**    Transferred by GE Capital Retail Bank 01/20/13

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PYOD, LLC/CITIBANK, NA<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 04/25/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $5,962.00 | $6,146.40 | $6,146.40 | $0.00 | $22.64 | $0.00 | $6,146.40 |
| 7 | UNITED CONSUMER FINANCIAL SERVICES (KIRBY CLEANING SYSTEM)<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road, Suite 200<br>Tucson AZ 85712 | 01/02/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $1,200.00 | $1,072.50 | $1,072.50 | $0.00 | $3.95 | $0.00 | $1,072.50 |
| 8 | ECAST SETTLEMENT CORPORATION<br>Assignee of Capital One N.A.<br>PO Box 7247-6971<br>Philadelphia PA 19170-6971 | 01/02/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $1,590.00 | $1,656.62 | $1,656.62 | $0.00 | $6.10 | $0.00 | $1,656.62 |
| | | | | | | $137,961.66 | $137,961.66 | $75,997.89 | | $99.36 | $0.00 | $61,963.77 |

| | |
|---|---|
| **Case No.** 11-33592-MCW | **Trustee Name:** Dina L. Anderson |
| **Case Name:** BELL, THOMAS PATRICK AND BELL, REGINA FAY | **Date:** 4/14/2015 |
| **Claims Bar Date:** 04/27/2012 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,850.00 | $1,850.00 | $1,850.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Other Firm) | $1,350.54 | $1,350.54 | $1,191.56 | $0.00 | $0.00 | $158.98 |
| Attorney for Trustee Fees (Other Firm) | $74,904.33 | $74,904.33 | $72,956.33 | $0.00 | $0.00 | $1,948.00 |
| General Unsecured 726(a)(2) | $24,248.86 | $24,248.86 | $0.00 | $89.31 | $0.00 | $24,248.86 |
| Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and | $21,956.53 | $21,956.53 | $0.00 | $0.00 | $0.00 | $21,956.53 |
| Tardy General Unsecured 726(a)(3) | $2,729.12 | $2,729.12 | $0.00 | $10.05 | $0.00 | $2,729.12 |
| Trustee Compensation | $10,759.65 | $10,759.65 | $0.00 | $0.00 | $0.00 | $10,759.65 |
| Trustee Expenses | $162.63 | $162.63 | $0.00 | $0.00 | $0.00 | $162.63 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      2:11-bk-33592-MCW
Case Name:   THOMAS PATRICK BELL
                     REGINA FAY BELL
Trustee Name:   Dina L. Anderson

Balance on hand:               $62,063.13

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:               $0.00
Remaining balance:               $62,063.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DINA L. ANDERSON, Trustee Fees | $10,759.65 | $0.00 | $10,759.65 |
| DINA L. ANDERSON, Trustee Expenses | $162.63 | $0.00 | $162.63 |
| Allen Maguire & Barnes, PLC, Attorney for Trustee Fees | $1,948.00 | $0.00 | $1,948.00 |
| Allen Maguire & Barnes, PLC, Attorney for Trustee Expenses | $158.98 | $0.00 | $158.98 |
| Henry & Horne, LLP, Accountant for Trustee Fees | $1,850.00 | $1,850.00 | $0.00 |
| Allen, Sala & Bayne, PLC,  Attorney for Trustee Fees | $14,623.00 | $14,623.00 | $0.00 |
| Todd D. Weintraub, Special Counsel for Trustee Fees | $58,333.33 | $58,333.33 | $0.00 |
| Allen, Sala & Bayne, PLC,  Attorney for Trustee Expenses | $204.66 | $204.66 | $0.00 |
| Todd D. Weintraub, Special Counsel for Trustee Expenses | $986.90 | $986.90 | $0.00 |

Total to be paid for chapter 7 administrative expenses:               $13,029.26
Remaining balance:               $49,033.87

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00

Remaining balance: $49,033.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

Remaining balance: $49,033.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,248.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | $5,761.23 | $0.00 | $5,761.23 |
| 2 | American Express Bank, FSB | $2,988.74 | $0.00 | $2,988.74 |
| 3 | Stuart Allan & Assoc | $1,184.00 | $0.00 | $1,184.00 |
| 4 | Castparts Employees Fc | $3,909.57 | $0.00 | $3,909.57 |
| 5 | Midland Funding LLC | $4,258.92 | $0.00 | $4,258.92 |
| 6 | PYOD, LLC/Citibank, NA | $6,146.40 | $0.00 | $6,146.40 |

Total to be paid to timely general unsecured claims: $24,248.86

Remaining balance: $24,785.01

Tardily filed claims of general (unsecured) creditors totaling $2,729.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| 7 | United Consumer Financial Services (Kirby Cleaning System) | $1,072.50 | $0.00 | $1,072.50 |
| 8 | eCast Settlement Corporation | $1,656.62 | $0.00 | $1,656.62 |

Total to be paid to tardily filed general unsecured claims:    $2,729.12

Remaining balance:    $22,055.89

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00

Remaining balance:    $22,055.89

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.11 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $99.36. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $21,956.53.